Lemuel H. Palmer V 329648, Ledenus Franklin 338146, Firman Bingham 316468
Name and Prisoner/Booking Number

Red Rock Correctional Center
Place of Confinement

1752 E Arica Rd VA-04
Mailing Address

Eloy, AZ 85131
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
✓ FILED    ___ LODGED
___ RECEIVED ___ COPY

JAN - 7 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Lemuel H. Palmer V, Ledenus Franklin, Firman Bingham
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn Et. al
(Full Name of Defendant)
(2) Core Civic
(3) Greg Fizer
(4) Kenneth Herman

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-00028-PHX-DWL-DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Red Rock Correctional Center Eloy

<u>Defendants (additional)</u>                               <u>Attachment Page-1A</u>

(5) Edward Thibodeaux
(6) Donald Hendricks

B. Defendants (additional)

5. Name of fifth defendant: <u>Edward Thibodeaux</u>. The fifth Defendant is employed as: <u>Red Rock Core Civic Chaplain</u> at <u>Red Rock Core Civic (Eloy, AZ)</u>

6. Name of sixth defendant: <u>Donald Hendricks</u>. The sixth defendant is employed as: <u>Red Rock Core Civic Chaplain (resigned)</u> at <u>Red Rock Core Civic (Eloy, AZ)</u>

## B. DEFENDANTS

1. Name of first Defendant: __David Shinn__. The first Defendant is employed as: __Director of Arizona Dept. of Corrections__ at __AZ Dept. of Corrections__.
   (Position and Title)                                    (Institution)

2. Name of second Defendant: __Core Civic__. The second Defendant is employed as: __Corporation__ at __Red Rock Core Civic (Eloy, AZ)__.
   (Position and Title)                                    (Institution)

3. Name of third Defendant: __Gregory Fizer__. The third Defendant is employed as: __Assistant Warden__ at __Red Rock Core Civic (Eloy, AZ)__.
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: __Kenneth Herman__. The fourth Defendant is employed as: __Arizona Dept. of Corrections Chaplain__ at __Central Office ADOC__.
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _Red Rock Dept. Order (914) 2.2 (2.2.1); 1st Amendment Free Excercise of Religion; RLUIPA A.R.S. §41-1493.01_.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) I was denied my right to a religious preference change on 1-13-20 and 3-30-20
   2.) Being denied this right forced me to adhere to the tenets of another religion causing me to violate the central tenets of my beliefs and religious laws as a Hebrew Israelite.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Because I could not practice the specific religious requirements as a Hebrew Israelite by being forced to be recognized as a messianic jew and practice the requirements under Judaism which is not my way of life and violates my religious laws places a substantial burden on me as a Hebrew Israelite.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Grievance process was obstructed by grievance coordinator._

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>1st Amendment Free Exercise of Religion; A.R.S. §41-1493.01; 14th Amendment Equal Protection Clause; RLUIPA</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) On 4-11-20 I was denied my Hebrew Israelite Sabbath Service without reason or cause as all other religious groups were accommodated and allotted outside space to congregate due to the co-vid protocol at that time.

   2.) Our Hebrew Israelite congregation wasn't given notice of co-vid changes as other groups were in order to prepare for their services outside.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was denied a central tenet as a Hebrew Israelite. Sabbath Day gatherings are required as a law and is a holy observance weekly for prayer, study, and congregating together. I was denied my free exercise of religion for no cause as all other religious groups were accommodated.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Grievance process was obstructed by grievance coordinator</u>

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: RLUIPA A.R.S. § 41-1493.01 ; 14th Amendment Equal Protection Clause ; 1st Amendment Free Exercise of Religion ; RRCC Dept. Order (904) 3.1 (3.1.1, 3.1.3) ; Title 5 of The Civil Rights Act

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1.) I was forced to congregate, worship, and pray amongst other religious groups that do not hold the same beliefs, customs, or practices.

   2.) This cause distractions and disturbances that didn't allow for proper worship and is unlawful for Hebrews to pray, worship, or congregate amongst other religious groups.

   3.) Jews, Christians, and Muslims all were allowed to congregate by themselves during the covid 19 protocol.

   4.) On 4-25-20 the Hebrew congregation was allowed to go to a separate space to congregate by Sgt. Frett as it caused no security issue for staff. Immediately after Chaplain Thibodeaux rudely and unprofessionally in a bias manner interrupted our service and told our group we couldn't seperate from other groups and had to return. When asked "why?" he stated "because I said so." He showed blatant disregard for our beliefs and customs as Hebrews and partiality because he is a Christian and linked through personal beliefs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was forced to violate central tenets of my religion as this placed a substantial burden on me. The Hebrew Israelite Congregation was discriminated against although Chaplains under policy are supposed to show impartiality and professionalism at all times

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Grievance process was obstructed by grievance coordinator.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## Count IV

1.) Constitutional or other federal civil right that was violated. RLUIPA A.R.S. § 41-1493.01 ; 1st Amendment Free Exercise of Religion Clause ; 14th Amendment Equal Protection Clause

2.) Count IV (Identify the issue involved) : Exercise of Religion ☑

3.) Supporting Facts :
   ①.) I was denied my religious accomodation request for lamb for Passover as Hebrews are required as a central tenet.
   ②  I was forced to violate my beliefs by being forced to adhere to another religions practices and beliefs.
   ③ All required requests were properly submitted in a timely manner under RRCC policy in order to receive accomodation.

4.) Injury : I was denied a central tenet as an Israelite (Hebrew) by being denied lamb for Passover and was forced to adhere to the central tenets of another religion violating my beliefs which placed a substantial burden on me.

5.) Administrative Remedies :
   a.) yes
   b.) yes
   c.) no
   d.) Grievance process was obstructed by grievance coordinator.

# Count V

1.) Constitutional or other federal civil right that was violated:
   RLUIPA A.R.S. §41-1493.01 ; Due Process Clause 5th/14th Amendment

2.) Count V (identify issue involved): Other ☒ (Due Process)

3.) Supporting Facts:
   ① My grievance process was obstructed and denied by prison staff (Chaplain Hendricks / McNamer).
   ② Chaplain Hendricks did not submit informals for review in a timely manner which caused grievances to be denied concerning the unsubmitted and unanswered informals by grievance coordinator (McNamer) and informals later being rendered as untimely.
   ③ Hendricks admitted to not submitting them and failed to cure situation.
   ④ McNamer ruled all grievances as untimely.

4.) Injury: My due process was violated as I was unable to seek remedy at the institution level or redress for my religious issues.

5.) Administrative ~~Issues~~ Remedies:
   A. Yes
   B. Yes
   C. No
   d. Grievance process obstructed by Hendricks/McNamer

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking to be recognized as a Hebrew Israelite by ADOC, to be accomodated for my religious practices and beliefs as an Israelite, to be provide injunctive relief if ADOC policy doesn't allow for my practices as an Israelite to be accomodated, and to be allotted monetary damages for all violations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-11-20
DATE                                                    SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6