# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lemuel H Palmer, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Defendants. | **NO. CV-21-00028-PHX-DWL (DMF)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 12, 2021, judgment is hereby entered and this case is dismissed without prejudice.

                                     Debra D. Lucas
                                     District Court Executive/Clerk of Court

May 6, 2021

                                     s/ S. Strong
                           By   Deputy Clerk